UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA BLACKMON,

Plaintiff,

v.

WALMART, INC.,

Defendant.
______________________________/

Case No. 26-12353

F. Kay Behm
United States District Judge

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

Plaintiff filed a Complaint in this district on July 10, 2026. (ECF No. 1). She also filed an application to proceed without prepaying fees or costs. (ECF No. 2). On July 15, 2026, the court mailed Plaintiff an Order Reassigning Case. (ECF No. 5). However, this document was returned as undeliverable. (ECF No. 6). Noting that the case could not proceed in this posture, the court ordered Plaintiff to show cause in writing, by August 28, 2026, why this case should not be dismissed for failure to update her address, pursuant to E.D. Mich. LR 11.2 ("The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment, and costs."). (ECF No. 7). The court warned that failure to do so would result in dismissal of Plaintiff's Complaint. *Id.* That

Order too was returned as undeliverable. (ECF No. 8). On September 3, 2026, Plaintiff filed a response to the order to show cause requesting additional time to update her address. (ECF No. 9). The court found that Plaintiff showed good cause for the extension and allowed Plaintiff until September 17, 2026 to update her address with the court. *See* Text Only Order dated 9/4/26. That Text Only Order was also returned as undeliverable. (ECF No. 10). It is now over 10 days beyond the September 17, 2026 deadline and Plaintiff has not updated her address with the court.

Given that no updated notice of address has been timely received, Plaintiff's Complaint is **DISMISSED** without prejudice for failure to comply with the court's orders regarding a party's responsibility to update their address on the court's docket.

**SO ORDERED**.

Date: September 28, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge